**COOPER AGENCY, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 13873.**

United States Court of Appeals,
Fourth Circuit.

April 8, 1970.

Charles F. Cooper, for appellant.

Joseph O. Rogers, Jr., U. S. Atty., Johnnie M. Walters, Asst. Atty. Gen., and Lee A. Jackson, Atty., Department of Justice, for appellee.

Before SOBELOFF, BOREMAN and BRYAN, Circuit Judges.

PER CURIAM:

Appellant appeals from an order of the District Court granting the Government's motion for summary judgment in an action to recover a portion of a payment made in a compromise settlement of certain income tax assessments against the appellant and some fourteen other parties. We affirm for the reasons stated by the District Judge, Cooper Agency v. United States, 301 F.Supp. 871 (D.C. S.C. 1969).

Affirmed.

**UNITED STATES of America,
Appellee,**

v.

**Winford Coleman STARKEY, Appellant.**

**No. 13806.**

United States Court of Appeals,
Fourth Circuit.

Argued March 4, 1970.

Decided April 9, 1970.

Jack R. Nuzum, Elkins, W. Va. (Court-appointed counsel), for appellant.

Paul C. Camilletti, U. S. Atty., for appellee.

Before HAYNSWORTH, Chief Judge, and BOREMAN and WINTER, Circuit Judges.

PER CURIAM:

Upon consideration of the contentions on appeal, we find no reversible error.

Affirmed.